AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

Case Number: 07-CR-00854

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DANIEL McCARTHY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/19/2007 | *(signature)* |
| Date | Signature |
| | HUGH M. MUNDY — 9500 |
| | Print Name — Bar Number |
| | 52 DUANE STREET, TENTH FLOOR |
| | Address |
| | NEW YORK    NY    10007 |
| | City    State    Zip Code |
| | (212) 417-8700    (212) 571-0392 |
| | Phone Number    Fax Number |